### No. 11-7141. Floyd Junior Powell, Petitioner v. Tony A. Keller, et al.

565 U.S. 1106, 132 S. Ct. 1076, 181 L. Ed. 2d 728, 2012 U.S. LEXIS 493.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Kagan took no part in the consideration or decision of this motion and this petition.

### No. 11-7192. Jon M. Cox, Petitioner v. Randy J. Davis, Warden.

565 U.S. 1106, 132 S. Ct. 1033, 181 L. Ed. 2d 728, 2012 U.S. LEXIS 538.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit dismissed. See Rule 39.8.

### No. 11-7346. Arthur L. Hairston, Sr., Petitioner v. William A. Scism, Warden (two judgments).

565 U.S. 1106, 132 S. Ct. 1041, 181 L. Ed. 2d 728, 2012 U.S. LEXIS 484.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Third Circuit dismissed. See Rule 39.8.

### No. 11-7374. Jeff Strong, Petitioner v. William K. Suter, Clerk, Supreme Court of the United States.

565 U.S. 1106, 132 S. Ct. 1044, 181 L. Ed. 2d 728, 2012 U.S. LEXIS 553.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

Same case below, 412 Fed. Appx. 905.